Caproni, V.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/15
```

ENVIRONMENTAL PROTECTION AND
IMPROVEMENT COMPANY, LLC,

      Plaintiff,

v.

WECARE ORGANICS, LLC

      Defendant.

Case No. 1:15-cv-08308

## JUDGMENT

Upon receipt of Defendant WeCare Organics, LLC ("WeCare")'s Confession of Judgment in favor of Plaintiff Environmental Protection and Improvement Company, LLC ("EPIC"); this 29th day of December, 2015,

**JUDGMENT IS HEREBY ENTERED** in the above-captioned matter in favor of Plaintiff as against Defendant in the amount of $421,706.92, and it is further

**ORDERED** that WeCARE shall receive credit against this judgment for any amounts that WeCare pays to EPIC pursuant to Section 1 of the parties' Forbearance Agreement.

The Clerk of the Court is respectfully directed to close the case.

Dated: December 29, 2015

                                                             _____
                                                             Hon. Valerie Caproni

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIRONMENTAL PROTECTION AND IMPROVEMENT COMPANY, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WECARE ORGANICS, LLC<br><br>　　　　　　Defendant. | Case No. 1:15-cv-08308 |

## CONFESSION OF JUDGMENT

Subject to the terms of a Forbearance Agreement executed simultaneously herewith, which provides that Plaintiff, Environmental Protection and Improvement Company, LLC ("EPIC"), will not execute on the instant judgment so long as Defendant WeCare Organics, LLC ("WeCare"), meets certain obligations through the first half of 2016, WeCare hereby confesses judgment in the above-captioned matter and consents to entry of an award in favor of EPIC in the amount of $421,706.92, less any amounts paid by WeCare pursuant to the schedule set forth in Section 1 of the Forbearance Agreement, which parties agree represents the remaining principal plus costs and attorney's fees that WeCare owes EPIC under the July 30, 2015 Settlement Agreement. Post-judgment interest shall be governed at the rate and under the terms agreed-upon by parties in their Forbearance Agreement.

Dated: 12/22/2015

　　　　　　　　　　　　　　　　　　　　　_C.W. _____
　　　　　　　　　　　　　　　　　　　　　C. Wesley Gregory, III, on behalf of WeCare
　　　　　　　　　　　　　　　　　　　　　Organics, LLC

1313772.1 12/14/2015